# 11089542
3/19/10
$888.69

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
UNCLAIMED FUNDS

The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 888.46 IN 2 CHECKS
CHECK # 14971 for $ 800.23
CHECK # 14972 for $ 88.46
Representing unclaimed funds.

DATED: 3-16-2010

_____
ALBERT J. MOGAVERO
CHAPTER 13 TRUSTEE



FILED
MAR 19 2010
BANKRUPTCY COURT
BUFFALO, NY

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | Zip Code |
|---|---|---|---|---|---|---|---|---|
| 862971 | HIMMEL | 0510090 | 1.50 | BUFFALO EYE CENTER | C/O SECURITY CREDIT | PO BOX 846 | BUFFALO NY | 14240 |
| 863611 | MCKNIGHT | 0810407 | 5.02 | CHAPTER 7 TRUSTEE | C/O CHAPTER 7 TRUSTEE – MARK WALLACH | | UNKNOWN NY | 14202 |
| 863612 | WALLACE JR | 0591023 | 5.01 | CHAPTER 7 TRUSTEE | C/O CHAPTER 7 TRUSTEE – MARK WALLACH | | UNKNOWN NY | 14202 |
| 863615 | MANNS | 0810655 | 5.03 | CHAPTER 7 TRUSTEE | C/O CHAPTER 7 TRUSTEE – MARK WALLACH | | UNKNOWN NY | 14202 |
| 863617 | TYLER | 0515170 | 22.72 | CHAPTER 7 TRUSTEE | C/O CHAPTER 7 TRUSTEE – JOHN RING, III | | UNKNOWN NY | 14202 |
| 863618 | GREEN | 0704327 | 5.00 | CHAPTER 7 TRUSTEE | C/O CHAPTER 7 TRUSTEE – MARK WALLACH | | UNKNOWN NY | 14202 |
| 863620 | DULANSKI, SR. | 0514293 | 5.00 | CHAPTER 7 TRUSTEE | C/O CHAPTER 7 TRUSTEE – THOMAS GAFFNEY | | UNKNOWN NY | 14202 |
| 863625 | LAJOIE, JR. | 0511934 | 5.00 | CHAPTER 7 TRUSTEE | C/O CHAPTER 7 TRUSTEE – MARK WALLACH | | UNKNOWN NY | 14202 |
| 864100 | KRAWCZYK | 0593314 | 12.37 | CITIFINANCIAL, INC. | PO BOX 70913 | | CHARLOTTE NC | 282720913 |
| 864796 | GRAVES | 0511712 | 159.45 | CZEKAJ, LYNN | 10563 MAIN ST. | | CLARENCE NY | 14034 |
| 865020 | WEINSTOCK | 0515942 | 131.74 | E.P. KIRST & SONS, INC. | 5727 SOUTH PARK AVENUE | P.O. BOX 463 | HAMBURG NY | 140750000 |
| 865736 | BROWN | 0703866 | 179.84 | HOUSEHOLD FINANCIAL SERVICE P.O. BOX 17574 | | | BALTIMORE MD | 212970000 |
| 868694 | COOLBAUGH | 0417686 | 6.27 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON IL | 61702 |
| 868695 | SOWINSKI | 0418300 | 9.64 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON IL | 61702 |
| 868696 | RAND, JR. | 0510493 | 20.32 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON IL | 61702 |
| 868700 | HARRINGTON | 0516139 | 15.29 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON IL | 61702 |
| 868701 | LANG | 0516767 | 172.16 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON IL | 61702 |
| 868702 | WOOTEN | 0517517 | 29.92 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON IL | 61702 |
| 868707 | SCHLAGER | 0701070 | 1.04 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON IL | 61702 |
| 868708 | CROFT | 0702832 | 7.02 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON IL | 61702 |
| 869144 | HIMMEL | 0510090 | 0.89 | WINDSONG RADIOLOGY | % SECURITY CREDIT | PO BOX 846 | BUFFALO NY | 142400000 |
| 869324 | FUNK | 0412619 | 13.66 | KEVIN & LISA FUNK | 13 EDGEWOOD | | LACKAWANNA NY | 14218 |
| 869357 | HAYES | 0518737 | 14.79 | CARL H HAYES | 65 GOULDING AVE. | | BUFFALO NY | 14208 |
| 869363 | MONACO | 0590527 | 5.00 | ROBYNN K MONACO | 148 NORTH STREET | | HAMBURG NY | 14075 |
| 869368 | HOLMES | 0592657 | 7.24 | WALTER & STEPHANIE HOLMES | 46 RIVER ST | | BATAVIA NY | 14020 |
| 869389 | KURSCHNER | 0603521 | 17.73 | DEBORAH E KURSCHNER | PO BOX 152 | | SCIO NY | 14880 |
| 869405 | BIERMA | 0703573 | 5.00 | CATHLEEN A BIERMA | 7216 SCHULTZ RD | | NO TONAWANDA NY | 14120 |
| 869409 | SHERER | 0810387 | 5.01 | JOANNE & WILLIE SHERER | 406 NORFOLK AVE. | | BUFFALO NY | 14215 |
| 869413 | WASHINGTON | 0811891 | 5.00 | MURIEL WASHINGTON | 259 NORTHLAND AVE. | | BUFFALO NY | 14208 |
| 869419 | BONCZAR | 0814191 | 5.01 | JANETTE & ROBERT BONCZAR | 2488 WEST CHURCH ST. | | EDEN NY | 14057 |
| 869420 | OAKS | 0815169 | 5.00 | TIFFANI OAKS | 352 SWAN STREET | | BUFFALO NY | 14204 |
| 869421 | KNAPP | 0910495 | 5.02 | WILLIAM J KNAPP | 5455 SOUTHWESTERN BLVD. | LOT #47 | HAMBURG NY | 14075 |
| | | | $888.69 | | | | | |